IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SAVON ROY, | § | |
| | § | |
| Defendant Below, | § | No. 405, 2022 |
| Appellant, | § | |
| | § | |
| v. | § | Court Below: Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | I.D. No. 1612015609(N) |

Submitted: July 26, 2023
Decided: August 9, 2023

Before **SEITZ**, Chief Justice; **VALIHURA** and **GRIFFITHS**, Justices.

## **O R D E R**

Now this 9th day of August 2023, the Court having considered this matter on the briefs of the parties and the record below and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its October 6, 2022 Transcript Ruling;

NOW THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be and the same hereby is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice